UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA        :
                                :
v.                              :
                                :     **RESCHEDULING ORDER**
**Jamal Harris,**               :
**Kerry Parris,**               :     7-21-cr-00790-PMH
**Conrad Edgar**                :
                                :
        Defendants.
-------------------------------------------------------------x

Status conference currently scheduled for May 11, 2022, has been rescheduled to 7/11/2022 at 3:00 p.m. by teleconference.

**Members of the press and public may call the same number below but will not be permitted to speak during the conference.**

    Accordingly, it is hereby ORDERED:

    1. Defense counsel shall advise the Court in writing by 7/7/22 as to whether their clients waive their right to be physically present and consent to appear by telephone.

    2. At the time of the scheduled hearing, all counsel and defendants shall attend by calling the following number and entering the access code when requested:

    **Dial-In Number**:   (888) 398-2342
    **Access Code:**    3456831

Dated: May 6, 2022        SO ORDERED:

                                                          _____
                                                          Philip M. Halpern, U.S.D.J