March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

JAMAL HARRIS ,
               Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

21 -CR- 790 (PMH)(__)

Defendant __JAMAL HARRIS_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

**X** Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

SIGNED ELECTRONICALLY BY COUNSEL ON BEHALF OF DEFENDANT WITH HIS CONSENT    *[signature]*

_____    _____
Defendant's Signature             Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**JAMAL HARRIS**                  **DANIEL S. PARKER**
_____    _____
Print Defendant's Name            Print Defense Counsel's Name


This proceeding was conducted by reliable videoconferencing technology.

*[signature]*                     *[signature]*
_____    _____
Date                              U.S. District Judge/U.S. Magistrate Judge