# FRANCIS L. O'REILLY
### ATTORNEY AT LAW

FRANCIS L. O'REILLY
FRANKOREILLY9@GMAIL.COM

1735 POST ROAD, SUITE 2C
FAIRFIELD, CT 06824

---

> Application granted. The status conference scheduled for September 22, 2022 is adjourned to October 13, 2022 at 9:00 a.m.
>
> The Government is directed to prepare a proposed order excluding time under the Speedy Trial Act through October 13, 2022.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence at Doc. 46.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>          September 20, 2022

---

September 20, 2022

Honorable Philip M. Halpern
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re:   United States v. Conrad Edgar, DK#21cr790

Dear Judge Halpern:

      Please accept this letter as a consent motion to adjourn the defendant's status conference currently scheduled for September 22, 2022. The basis for this request is that the undersigned will be on trial in the case of United States v. Jason Cox, before the Honorable Victor A. Bolden, in the District of Connecticut. This trial began September 7, 2022, and is scheduled to last four weeks, therefore the undersigned is requesting an adjournment of Mr. Edgar's status conference to the second or third week of October. I have contacted Assistant United States Attorney, Kevin Sullivan, and he has no objection to this request.

Very truly yours,

Francis L. O'Reilly