March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

JAMAL HARRIS

,
                Defendant(s).

------------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

21-CR-790( )( )

Defendant __JAMAL HARRIS_____ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

___  Initial Appearance/Appointment of Counsel

___  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Preliminary Hearing on Felony Complaint

___  Bail/Revocation/Detention Hearing

_X_  Status and/or Scheduling Conference

___  Misdemeanor Plea/Trial/Sentence


SIGNED ELECTRONICALLY BY COUNSEL ON BEHALF OF DEFENDANT WITH HIS CONSENT  _[signature]_

Defendant's Signature                              Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

JAMAL HARRIS                                       DANIEL S. PARKER
Print Defendant's Name                             Print Defense Counsel's Name


This proceeding was conducted by AT&T teleconferencing technology.

_[signature]_                                      _[signature]_
Date                                               U.S. District Judge