**U.S. Department of Justice**

---

> Application granted. The status conference scheduled for January 27, 2023 is adjourned to February 28, 2023 at 12:00 p.m.
>
> A Speedy Trial Act exclusion Order will be docketed separately.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 64.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> January 26, 2023

**BY ECF & E-Mail**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *United States v. Harris, et al.*, 21 Cr. 790 (PMH)

Dear Judge Halpern:

      The Government writes jointly on behalf of the parties in the above-referenced case to request respectfully that the telephonic status conference scheduled for tomorrow, January 27, 2023 at 9:00 a.m. be adjourned. Each of the respective parties are actively engaged in discussions with the Government to resolve the case. Per the last status conference before the Court, certain narcotics lab reports necessary to finalize plea agreements had been outstanding. The Government has now produced those reports and has begun to issue formal plea offers. The parties anticipate requesting to schedule change-of-plea hearings with the Court in the next approximately thirty days. Accordingly, the parties request to adjourn the status conference, and the Government proposes, with the parties' consent, that the Court schedule a control date or date for a subsequent status conference in approximately 30 to 45 days so that a date is on the calendar while the parties seek to schedule plea proceedings before Your Honor.

      The Government respectfully requests that the time between January 27, 2023 and the date of the next status conference or control date, be excluded under 18 U.S.C. § 3161(h)(7)(A) to permit the defendants to continue to review the recently produced lab materials and any proposed plea agreements issued by the Government, and to permit the parties to continue to work towards

(remainder of page intentionally left blank)

*U.S. v. Harris, et al.*, 21 Cr. 790 (PMH)                                                                 Page 2 of 2
Hon. Philip M. Halpern
January 26, 2023

finalizing their respective resolutions of the case.  Defense counsel for each of the defendants has advised that they consent to the request, and a proposed order is attached.

                                                     Respectfully submitted,

                                                     DAMIAN WILLIAMS
                                                     United States Attorney

                                       By: */s/ Kevin T. Sullivan*
                                                     Kevin T. Sullivan
                                                     Assistant United States Attorney
                                                     (914) 993-1924

cc:     Daniel S. Parker, Esq. (by ECF & E-Mail)
          Elizabeth K. Quinn., Esq. (by ECF & E-Mail)
          Francis L. O'Reilly, Esq. (by ECF & E-Mail)