UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA                    :

                                 :

v.                                          :          **RESCHEDULING ORDER**

                                 :

**Jamal Harris**                            :          7-21-cr-00790-PMH
              Defendant.                :

                                 :
------------------------------------------------------------x

The Court has rescheduled the <u>Change of Plea Hearing</u> on <u>February 22, 2023 to 2:30 p.m.</u> to <u>February 24, 2023 at 11:00 a.m</u>. in Courtroom 520 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. The questionnaire is located on the Court's Website. Completing the questionnaire online and ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: February 9, 2023                    SO ORDERED:

                                               _____

                                               Philip M. Halpern, U.S.D.J