UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
                                    :   **RESCHEDULING**
v.                                  :   **NOTICE**
                                    :
                                    :
**Jamal Harris,**                   :   7-21-cr-00790-1 PMH
            Defendant.              :
                                    :
------------------------------------------------------------x

    The Defendant's Sentencing in this matter previously scheduled for August 17, 2023 at 4:00 p.m. has been rescheduled to **March 5, 2024 at 2:30 p.m.** in Courtroom 520 at the White Plains Courthouse. Defendant's sentencing submission is due February 13, 2024, and Government's submission is due February 20, 2024.

    It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.


Dated: July 20, 2023

                                                                /s/ Lisa Lee
                                                          Lisa N. Lee, Courtroom Deputy